

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 18, 2017**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: PEGGY J. JOHNSON
Debtor

Case No. 17-51876 KMS
Chapter 13 Proceeding

## ORDER
(Dkt #25)

THIS MATTER having come on for consideration upon the Debtor's Objection to Pre-Petition Secured and Other Claims, filed in accordance with *In re Howard, 972 F.2d 639 (5th Cir. 1992)*, and the Court having considered the Objection, does hereby order and adjudicate the Objection as follows. It is therefore,

ORDERED AND ADJUDGED that the Debtor's Objection to Pre-Petition Secured and Other Claims is hereby sustained. It is further,

ORDERED AND ADJUDGED that this Order constitutes a final judgment pursuant to F.R.B.P. 9021, which makes applicable F.R.C.P. 58.

## END OF ORDER##

Prepared By:
David L. Lord. 1427
808 West Pine Street
Hattiesburg, MS 39401
Phone (601) 583-6132/Fax (601)582-5627
Email: lordlawfirm2@bellsouth.net